IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAWN FROST,

    Plaintiff,

v.                      CASE NO. 1:08-cv-00139-MP-AK

UNITED STATES OF AMERICA,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 12, Notice of Settlement, filed by Defendant. In the notice, Defendant states that settlement has been reached as to all claims. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiffs' complaint is dismissed with prejudice, and this case is closed.

2. The Court will retain jurisdiction for 60 days, however, to ensure that settlement is effected.

**DONE AND ORDERED** this  *14th* day of April, 2009

                *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge